BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 1161 KATHY LANE, PLACERVILLE, CALIFORNIA, EL DORADO COUNTY, APNS: 321-080-03-100 and 089-220-07-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 2:12-CV-02286-GEB-JFM<br><br>STIPULATION FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER (PROPOSED)<br><br>Date:         March 18, 2013<br>Time:         9:00 a.m.<br>Courtroom:   10 |

The United States of America and claimants Carol R. Mulready and Melissa Miller by and through their respective counsel, submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on December 4, 2012, because of the pending related criminal case against two individuals charged with manufacturing at least one hundred marijuana plants, *United States v. Robert Edward Mulready, et al.*  Case No. 2:12-CR-00273-GEB.  Sentencing for Robert Edward Mulready is scheduled for May 3, 2013.

1. Claimants have filed claims and answers to the defendant property.

1

2. The stay is requested pursuant to U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).  The United States contends that the defendant property was used to facilitate the cultivation of marijuana.

3. To date, two individuals have been charged with federal crimes related to the manufacture of marijuana at the defendant property, *United States v. Robert Edward Mulready, et al.* Case No. 2:12-CR-00273-GEB.  It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the manufacture and conspiracy to manufacture marijuana.  The United States intends to depose those charged with crimes connected to the manufacture and conspiracy to manufacture marijuana.  If discovery proceeds at this time, these individuals, or some of them, will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves.  If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this Court.

4. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to, the agents with the Drug Enforcement Administration.  Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal authorities to prepare for the criminal trial and/or further investigate the alleged underlying criminal conduct.

5. The parties recognize that proceeding with these actions at this time could have potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claims to the defendant assets and to assert any defenses to forfeiture.  For these reasons, the parties jointly request that these matters be stayed until April 26, 2013, in accordance with the terms of this

///

///

stipulation. At that time, the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is appropriate.

Dated: 2/22/13

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 2/22/13

/s/ Joseph J. Wiseman
JOSEPH J. WISEMAN
Attorney for Claimants
CAROL R. MULREADY and
MELISSA MILLER
(As authorized per telephone)

### ORDER

For the reasons set forth above, this matter is stayed until April 26, 2013. On or before April 26, 2013, the parties will advise the Court whether a further stay is necessary.

The pretrial scheduling conference scheduled for March 18, 2013, is vacated and is rescheduled for May 13, 2013, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

**Date: 2/25/2013**

GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation to Stay Further Proceedings and Order