BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-02286-TLN-JFM |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| REAL PROPERTY LOCATED AT 1161 KATHY LANE, PLACERVILLE, CALIFORNIA, EL DORADO COUNTY, APNS: 321-080-03-100 and 089-220-07-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.  This is a civil forfeiture action against the following real property located at 1161 Kathy Lane, Placerville, California, El Dorado County, APNS: 321-080-03-100 and 089-220-07-100 (hereafter referred to as the "defendant property") and more fully described as:

> ALL THAT PORTION OF THE SOUTHWEST QUARTER OF SECTION 34, TOWNSHIP 11 NORTH, RANGE 10 EAST, M.D.B.&M., AND OF THE NORTH HALF OF SECTION 2, TOWNSHIP 10 NORTH, RANGE 10 EAST, M.D.B.&M., DESCRIBED AS FOLLOWS:
>
> PARCEL 2, AS SHOWN ON THAT CERTAIN MAP FILED IN THE OFFICE OF THE RECORDER OF EL DORADO COUNTY, STATE OF CALIFORNIA, ON MARCH 1, 1977, IN BOOK 14 OF PARCEL MAPS, AT PAGE 58.

1

APNS: 321-080-03-100 and 089-220-07-100

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 6, 2012, alleging that said defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7). Doc. #1.

3. On October 3, 2012, the defendant property was posted with a copy of the Complaint and Notice of Complaint. Doc. #6.

4. Beginning on November 21, 2012, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on January 7, 2013. Doc. #17.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Carol R. Mulready

    b. Melissa Miller

    c. Robert Mulready

6. On October 3, 2012, claimant Melissa Miller filed a claim alleging an interest in the defendant property and an answer on November 1, 2012. Docs. #5 and 11

7. On October 9, 2012, claimant Carol R. Mulready filed a claim alleging an interest in the defendant property and an answer on November 6, 2012. Docs. # 8 and 12.

8. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against claimants Carol R. Mulready and Melissa Miller and all other potential claimants who have not filed claims in this action.

3.     Within ninety (90) days of the entry of Final Judgment of Forfeiture, claimants Carol R. Mulready and Melissa Miller shall send a cashier's check for $30,000.00 made payable to the U.S. Marshals Service to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  All right, title, and interest in said funds shall be substituted for the defendant property and forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7).

4.     Within thirty (30) days of full payment of the settlement amount, the United States shall record a withdrawal of lis pendens against the defendant property.

5.     If payment in full is not made within the time stipulated above, claimants Carol R. Mulready and Melissa Miller will be deemed to be in default of this stipulation and the U.S. Marshals Service shall be authorized to sell the defendant property, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.  Through the sale of the defendant property, the United States shall receive the net proceeds up to $30,000.00, less payments for costs of selling the property, cleanup, other expenses incurred, and any legitimate liens that exist on the defendant property.  Carol R. Mulready and Melissa Miller shall receive all remaining amounts after the United States' interest, payment of costs of sale, legitimate liens, and costs incurred by the U.S. Marshals Service.

6.     The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant real property with the Complaint and Notice of Complaint.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of the filing of the Complaint and the posting of the defendant real property with the Complaint and Notice of Complaint, as well as to those now known or disclosed.  Claimants waived the provisions of California Civil Code § 1542.

Final Judgment of Forfeiture

7. There was reasonable cause for the posting of the defendant property and the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

8. This settlement is contingent upon the simultaneous execution of the settlement agreement in the following related case: *U.S. v. Approximately $155,465.00 in U.S. Currency, et al.*, 2:12-MC-00106-JAM-AC. Failure to execute the settlement agreements in either action will void both settlement agreements.

9. All parties will bear their own costs and attorneys' fees, if any.

10. The U.S. District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of the Final Judgment of Forfeiture.

Dated: April 19, 2013

_____
Troy L. Nunley
United States District Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed September 6, 2012, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: April 19, 2013

_____
Troy L. Nunley
United States District Judge